IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CV-23253-JLK

RK NETMEDIA, INC.,

    Plaintiff,

v.

AMERICAN SAFETY INDEMNITY COMPANY,
and DOES 1-10, inclusive,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, RK NETMEDIA, INC., by and through its undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal Without Prejudice and states:

    1.    On September 9, 2010, Plaintiff filed this suit against Defendant.

    2.    Defendant has been served with process, but has not filed an answer or a motion for summary judgment in response to this suit.

    3.    This dismissal is without prejudice.

CASE NO. 10-CV-23253-JLK

Dated this 2nd day of December, 2010.

Respectfully submitted,

By: /s/ Katherine W. Ezell
Robert C. Josefsberg (Fla. Bar No. 040856)
Katherine W. Ezell (Fla. Bar No. 114771)
Podhurst Orseck, P.A.
City National Bank Bldg.
25 W. Flagler St., Suite 800
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com
kezell@podhurst.com
***Local Counsel for Plaintiff***

***Of Counsel***
Bruce Van Dalsem (Cal. Bar No. 124128)
Danielle L. Gilmore (Cal. Bar No. 171457)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Phone: (213) 443-3000
Fax: (213) 443-3100
brucevandalsem@quinnemanuel.com
daniellegilmore@quinnemanuel.com
***Counsel for Plaintiff***

CASE NO. 10-CV-23253-JLK

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this **2nd day of December, 2010**, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

PODHURST ORSECK, P.A.
*Local Counsel for Plaintiff*

/s/Katherine W. Ezell
Robert C. Josefsberg
Fla. Bar No. 040856
rjosefsberg@podhurst.com
Katherine W. Ezell
kezell@podhurst.com
Fla. Bar No. 114771
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382

*Of Counsel*
Bruce Van Dalsem (Cal. Bar No. 124128)
Danielle L. Gilmore (Cal. Bar No. 171457)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Phone: (213) 443-3000
Fax: (213) 443-3100
brucevandalsem@quinnemanuel.com
daniellegilmore@quinnemanuel.com
**Counsel for Plaintiff**

CASE NO. 10-CV-23253-JLK

## SERVICE LIST

Jeffrey L. Hochman, Esq.
J. Marcos Martinez, Esq.
Johnson, Anselmo, Murdock,
 Burke, Piper & Hochman, P.A.
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Phone: (954) 463-0100
Fax: (954) 463-2444
hochman@jambg.com
martinez@jambg.com
***Attorneys for Defendant***

Bruce Van Dalsem, Esq.
Danielle L. Gilmore, Esq.
Quinn, Emanuel, Urquhart
 & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Phone: (213) 443-3000
Fax: (213) 443-3100
brucevandalsem@quinnemanuel.com
daniellegilmore@quinnemanuel.com
***Attorneys for Plaintiff***

Robert C. Josefsberg, Esq.
Katherine W. Ezell, Esq.
Podhurst Orseck, P.A.
City National Bank Bldg.
25 W. Flagler Street, Suite 800
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com
kezell@podhurst.com
***Local Counsel for Plaintiff***