UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23253-CIV-KING-BANDSTRA

RK NETMEDIA, INC.,

    Plaintiff,

vs.

AMERICAN SAFETY INDEMNITY
COMPANY and DOES 1-10, inclusive,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came before the court upon the Plaintiff's Notice of Voluntary Dismissal without Prejudice (D.E. #14) filed December 2, 2010. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED WITHOUT PREJUDICE**.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall **CLOSE** this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and U.S. Courthouse, Miami, Florida, this 3rd day of December, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:

**Counsel for Plaintiff:**
Robert C. Josefsberg, Esq.
Katherine W. Ezell, Esq.
Podhurst Orseck, P.A.
City National Bank Building
25 West Flagler Street
Suite 800
Miami, FL 33130

**Of Counsel:**
Bruce Van Dalsem, Esq.
Danielle L. Gilmore, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

**Counsel for Defendant:**
Jeffrey L. Hochman, Esq.
J. Marcos Martinez, Esq.
Johnson, Anselmo, Murdock,
 Burke, Piper & Hochman, P.A.
2455 E. Sunrise Blvd.
Suite 1000
Ft. Lauderdale, FL 33304